989 So.2d 91 (2008)
INTERNAL MEDICINE SPECIALISTS, INC., etc.
v.
LAFAYETTE INSURANCE COMPANY.
No. 2008-CC-1052.
Supreme Court of Louisiana.
August 29, 2008.
In re Lafayette Insurance Co.;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. K, No. 2006-6415; to the Court of Appeal, Fourth Circuit, No(s). 2008-C-0170, 2008-C-0148.
Not considered; not timely filed. See State v. Crandell, 05-1060 (La.3/10/06), 924 So.2d 122; Morris v. Stueben, 01-0137 (La.1/26/01), 781 So.2d 1220.
CALOGERO, C.J., recused.